IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| YEMANE B. HADGU, ) | |
| ) | |
| Plaintiff, ) | No. 3:12-cv-00785 |
| ) | Judge Nixon |
| v. ) | Magistrate Judge Knowles |
| ) | |
| ERIC K. SHINSEKI, ) | |
| Secretary, Department of Veterans Affairs, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Yemane B. Hadgu's Motion for Leave to File Surreply to Defendant's Reply ("Motion"). (Doc. No. 28.) Plaintiff requests leave to file a Sur-Reply in opposition to Defendant Eric K. Shinseki's Motion to Dismiss (Doc. No. 17), and has attached the proposed Sur-Reply (Doc. No. 28-1). The Motion (Doc. No. 28) is **GRANTED**; the Court will consider the Sur-Reply when ruling on Mr. Shinseki's Motion to Dismiss.

It is so ORDERED.

Entered this 17 day of June, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT